**939  COE ET AL. vs. CIRCUIT JUDGE (Berrien), No. 15373.**

To strike a bill of exceptions from the files because not settled within the time fixed by the orders extending the time, and to vacate an order staying proceedings.

Granted, as to the order staying proceedings, but the bill of exceptions was permitted to stand, February 19, 1896, with costs against defendant.

The return set forth that the correspondence between the attorneys indicated clearly that both had practically agreed upon an extension of time to settle the bill. It appeared that although a bond had been filed it was defective.

**940  WALKER vs. CIRCUIT JUDGE (Wayne), No. 14836.**

To set aside the settlement and signing of a bill of exceptions in a case where judgment was entered on August 24, 1894, at the June term of court, which continued until September 11, 1894, and no order extending the time had been entered during said term, but on February 25, 1895, the bill was signed.

Granted April 30, 1895, with costs.

Ruled by Cleveland vs. Stein, 14 M., 333; Adrian Furn. Mnfg. Co. vs. Circuit Judge, 92 M., 295 (925).

**941  CRANE vs. CIRCUIT JUDGE (Wayne), 24 M., 512.**

To compel respondent to incorporate certain evidence bearing upon a question raised by the bill of exceptions.

Granted April 16, 1872.